UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                  :     Chapter 13
                                                        :
Sheikh Zahid                                            :     Case No.: 19-22992 (cgm)
                                                        :
                     Debtor.                          :
-------------------------------------------------------------x

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

      Upon consideration of Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing April 26, 2019 through April 27, 2022; and a hearing having been held before this court to consider the Application on April 27, 2022; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

      ORDERED that the Application is granted to the extent set forth in the attached Schedule C.



**Dated: May 2, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**