Case No.: 19-22992 (cgm)  **Chapter 13 Fee Application**
**Schedule C**
Case Name: In re: Sheikh Zahid   4/26/2019 through 4/27/2022

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Carl J. Nelson Law, P.C. | $6,000.00 | $4,000.00 | $2,000.00 | $310.00 (filing fee) | $5,970.00 | $450.52 | $5,970.00 | $450.52 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |